IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| LAURA MORRISON YARBAROUGH | PLAINTIFF |
| VS. | CIVIL ACTION NO. 3:10CV00161-HTW-FKB |
| REGIONS NATIONAL BANK & TRUST CO., TRUSTMARK NATIONAL BANK AND ANN MORRISON PATRICK, *et vir* ARLIE A. PATRICK | DEFENDANTS |
| AND | |
| FEDERAL DEPOSIT INSURANCE CORPORATION | GUARANTOR AND THIRD PARTY DEFENDANT |

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE
AS TO LESS THAN ALL PARTIES**

This cause came before the Court upon the joint motion of Plaintiff Laura Morrison Yarbarough and Defendant Trustmark National Bank ("Trustmark") for a final judgment dismissing Trustmark from this action with prejudice. Counsel for the parties have informed the Court that this case has been settled as to Trustmark, and that this Agreed Final Judgment may be entered by consent. The Court, having considered the premises, finds that Trustmark should be fully and finally dismissed from this action, with prejudice.

IT IS THEREFORE, ORDERED AND ADJUDGED that Trustmark is hereby fully and finally dismissed from this action, with prejudice. Further, the Court finds that there is no just reason to delay finality of this judgment with respect to Trustmark. Therefore, pursuant to Miss. R. Civ. P. 54(b), this judgment is final as to all claims by or against Trustmark.

SO ORDERED AND ADJUDGED this the _____ day of July, 2013.

                                      _____
                                        United States District Judge

AGREED:

/s/ Harry J. Rosenthal
Harry J. Rosenthal, Counsel for Plaintiff  Laura Morrison Yarbarough


/s/ Stephanie M. Rippee
Stephanie M. Rippee, Counsel for Defendant Trustmark National Bank